# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# Civil Division

STAGG CILEUS
    Plaintiff,　　　　　　　　　　　　　　Case No. 0:24-cv-61021-RS

v.

FAIR COLLECTIONS & OUTSOURCING, INC., *et al*
    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Stagg Cileus and Defendant FAIR COLLECTIONS & OUTSOURCING, INC. by and through their counsel, hereby gives notice that they have reached a settlement with respect to Plaintiff's claims.

The Parties anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated Wednesday, August 14, 2024

                              Respectfully Submitted,

                              By: */s/ Tracey Cabanis*
                              TRACEY CABANIS, ESQ.
                              Florida Bar No. 54267
                              JEREMY DOVER, ESQ.
                              Florida Bar No. 110737

                              **DEMESMIN & DOVER, PLLC**
                              *Attorneys for Plaintiff*
                              1650 SE 17th Street
                              Fort Lauderdale, Florida 33316
                              Office (954) 866-6673
                              Facsimile (954) 323-8742
                              SPAM-Pleadings@attorneysoftheinjured.com
                              JDover@attorneysoftheinjured.com
                              TCabanis@DD-Legal.com

                              *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on Wednesday, August 14, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

By: */s/ Tracey Cabanis*
Tracey Cabanis, Esq.