**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Civil Division**

STAGG CILEUS
     Plaintiff,                       Case No. 0:24-cv-61021-RS

v.

EXPERIAN INFORMATION SOLUTIONS, INC. *et al*
     Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Stagg Cileus and Defendant EXPERIAN INFORMATION SOLUTIONS, INC. by and through their counsel, hereby gives notice that they have reached a settlement with respect to Plaintiff's claims.

The Parties anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated Tuesday, August 27, 2024

Respectfully Submitted,

By: */s/ Tracey Cabanis*
TRACEY CABANIS, ESQ.
Florida Bar No. 54267
JEREMY DOVER, ESQ.
Florida Bar No. 110737

**DEMESMIN & DOVER, PLLC**
*Attorneys for Plaintiff*
1650 SE 17th Street
Fort Lauderdale, Florida 33316
Office (954) 866-6673
Facsimile (954) 323-8742
SPAM-Pleadings@attorneysoftheinjured.com
JDover@attorneysoftheinjured.com
TCabanis@DD-Legal.com

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on Tuesday, August 27, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

By: */s/ Tracey Cabanis*
Tracey Cabanis, Esq.