UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Civil Division

STAGG CILEUS
      Plaintiff,                                   Case No. 0:24-cv-61021-RS

v.

NATIONAL CREDIT AUDIT CORPORATION, *et al*
      Defendants.

**NOTICE OF SETTLEMENT**

Plaintiff Stagg Cileus and Defendant NATIONAL CREDIT AUDIT CORPORATION, by and through their counsel, hereby gives notice that they have reached a settlement with respect to Plaintiff's claims.

The Parties anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated Thursday, September 26, 2024

                                                                    Respectfully Submitted,

                                                                    By: */s/ Tracey Cabanis*
                                                                    TRACEY CABANIS, ESQ.
                                                                    Florida Bar No. 54267
                                                                    JEREMY DOVER, ESQ.
                                                                    Florida Bar No. 110737

                                                                    **DEMESMIN & DOVER, PLLC**
                                                                    *Attorneys for Plaintiff*
                                                                    1650 SE 17th Street
                                                                    Fort Lauderdale, Florida 33316
                                                                    Office (954) 866-6673
                                                                    Facsimile (954) 323-8742
                                                                    SPAM-Pleadings@attorneysoftheinjured.com
                                                                    JDover@attorneysoftheinjured.com
                                                                    TCabanis@DD-Legal.com

                                                                   *Counsel for Plaintiff*

**Demesmin & Dover, PLLC**
1650 SE 17th Street, Suite 100, Fort Lauderdale, Florida 33316 T: (866) 954-6673
www.attorneysoftheinjured.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on Thursday, September 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

By: */s/ Tracey Cabanis*
Tracey Cabanis, Esq.

**Demesmin & Dover, PLLC**
1650 SE 17th Street, Suite 100, Fort Lauderdale, Florida 33316 T: (866) 954-6673
www.attorneysoftheinjured.com