UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Civil Division

STAGG CILEUS
    Plaintiff,                                            Case No. 0:24-cv-61021-RS

v.

RENT RECOVERY SOLUTIONS, LLC
    Defendants.

## NOTICE OF SETTLEMENT

Plaintiff Stagg Cileus and Defendant RENT RECOVERY SOLUTIONS, LLC by and through their counsel, hereby gives notice that they have reached a settlement with respect to Plaintiff's claims.

The Parties anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated Friday, October 4, 2024

                                                              Respectfully Submitted,

                                                              By: */s/ Tracey Cabanis*
                                                              TRACEY CABANIS, ESQ.
                                                              Florida Bar No. 54267
                                                              JEREMY DOVER, ESQ.
                                                              Florida Bar No. 110737

                                                              **DEMESMIN & DOVER, PLLC**
                                                              *Attorneys for Plaintiff*
                                                               1650 SE 17th Street
                                                               Fort Lauderdale, Florida 33316
                                                              Office (954) 866-6673
                                                               Facsimile (954) 323-8742
                                                               SPAM-Pleadings@attorneysoftheinjured.com
                                                               JDover@attorneysoftheinjured.com
                                                               TCabanis@DD-Legal.com

                                                               *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on Friday, October 4, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, causing a copy of the foregoing document to be served on all counsel of record via Notice of Electronic Filing.

By: */s/ Tracey Cabanis*
Tracey Cabanis, Esq.