**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 24-61021-CIV-SMITH**

STAGG CILEUS,

               Plaintiff,

vs.

TRANS UNION LLC, *et al.*,

               Defendants.

_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

This cause is before the Court on the parties' Stipulation of Dismissal [DE 69].  Upon consideration, it is:

ORDERED that:

1.      This matter is **DISMISSED with prejudice.**

2.      All pending motions are **DENIED as moot.**

3.      This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 18th day of November, 2024.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel of Record